```
1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   GAYLE L. HELART
3  Assistant United States Attorney
   California Bar License 151861
4  Two Renaissance Square
   40 N. Central Ave., Suite 1800
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Email: gayle.helart@usdoj.gov
   Attorneys for Plaintiff
```

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 2 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-00092-PHX-DLR |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(Furnishing Misrepresented Identification in Connection with the Acquisition of a Firearm)<br>Counts 1 – 5 |
| Roberto Lozano Partida, III, | |
| Defendant. | 18 U.S.C. §§ 1028A(a)(1), 1028A(b), and 1028A(c)(3)<br>(Aggravated Identity Theft)<br>Counts 6-10 |
| | 18 U.S.C. §§ 924(d) and 981; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES**:

### COUNTS 1 – 5

On or about the dates listed below, in the District of Arizona, Defendant ROBERTO LOZANO PARTIDA, III, knowingly furnished and exhibited a false, fictitious, and misrepresented identification in connection with the acquisition of a firearm to the businesses listed below, which was intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to

information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business, in that Defendant ROBERTO LOZANO PARTIDA, III did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, in each of the counts below using a false name as the actual transferee/buyer:

| Count | Date | Business | Firearm(s) |
|---|---|---|---|
| 1 | December 30-31, 2022 | C-A-L Ranch Stores, Yuma, Arizona | Springfield Hellcat, 9 mm pistol, S/N BB478583<br><br>Glock 26 Gen5, 9 mm pistol, S/N AGPS365<br><br>Altor Corp 9 mm pistol, S/N AAB1942 |
| 2 | December 30, 2022 | C-A-L Ranch Stores, Yuma, Arizona | Springfield Hellcat, 9 mm pistol, S/N BA254493<br><br>Springfield Hellcat, 9 mm pistol, S/N BB441482 |
| 3 | December 30, 2022 | Superpawn, Yuma, Arizona | Ruger 9 mm pistol, S/N 860-57017 |
| 4 | December 30, 2022 | Sprague's Sports, Yuma, Arizona | Taurus .38 cal revolver, S/N ACJ296952<br><br>Glock 9 mm pistol, S/N BYAD865 |
| 5 | December 30, 2022 | Sportsman's Warehouse, Yuma, Arizona | Springfield Hellcat, 9 mm pistol, S/N BB393192<br><br>Springfield Hellcat, 9 mm pistol, S/N BA581522 |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## **COUNTS 6 – 10**

On or about the dates below, in the District of Arizona, and elsewhere, Defendant ROBERTO LOZANO PARTIDA, III did knowingly possess and use, without lawful

authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(3), to wit: Furnishing Misrepresented Identification in Connection with the Acquisition of a Firearm in violation of 18 U.S.C. § 922(a)(6), knowing that the means of identification belonged to another actual person:

| COUNT | DATE | Business |
|---|---|---|
| 6 | December 30-31, 2022 | C-A-L Ranch Stores, Yuma, Arizona |
| 7 | December 30, 2022 | C-A-L Ranch Stores, Yuma, Arizona |
| 8 | December 30, 2022 | Superpawn, Yuma, Arizona |
| 9 | December 30, 2022 | Sprague's Sports, Yuma, Arizona |
| 10 | December 30, 2022 | Sportsman's Warehouse, Yuma, Arizona |

In violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 1028A(c)(3).

**FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 10 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Counts 1 through 10 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/

FOREPERSON OF THE GRAND JURY
Date: January 24, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

S/

GAYLE L. HELART
Assistant U.S. Attorney