JON M. SANDS
Federal Public Defender
District of Arizona
2285 S. 4th Avenue, Suite 2E
Yuma, Arizona 85364
Telephone: 928-314-1780

Robert Bruce Stirling, II
Bar No. 006037
Assistant Federal Public Defender
Attorney for Defendant
Bruce_Stirling@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   vs.<br><br>Roberto Lozano Partida III,<br><br>        Defendant. | No. CR- 23-00092-PHX-DLR<br><br>**MOTION TO RECONSIDER CONDITIONS OF RELEASE**<br><br>**(Honorable James F. Metcalf)** |

   The defendant, Roberto Lozano Partida, III, through counsel, respectfully asks this Court to reconsider its January 11, 2023 order denying the pretrial release of Mr. Partida.  Said order stated, "Defendant may move to reopen or reconsider if more or additional information is presented."  **See, Title 18 United States Code 3142(f)(2).** The Court found Mr. Partida was a "serious flight risk" due to his "a prior criminal history."  Defense counsel asked Pretrial Services to again interview Mr. Partida regarding any drug use.

   Only limited information was available at the time of the detention hearing.

Since then, Sky Owens, a California lawyer and close friend of Mr. Partida, agreed to assume third-party custody of Mr. Partida. He will ensure Mr. Partida appears at all future proceedings in Yuma and in Phoenix. Mr. Owens's professional history, volunteer work, public service, and deep ties to his community are set forth in Exhibit 1 hereto.

Additionally, since the detention hearing, Mr. Partida's two sisters and his brother in California were contacted. Mr. Partida's siblings also agreed to take third-party custody of Mr. Partida. All agreed they will ensure Mr. Partida's appearance at all future proceedings. All have a permanent residence and stable employment. Letters from Mr. Partida's siblings are attached hereto as Exhibits 2, 3, and 4. All exhibits are incorporated herein.

Mr. Partida has numerous strong ties to his Los Angerles area community. He was born and lived there his entire life. His siblings also live in southern California. He is confident he can obtain employment with the assistance of Mr. Owens and others.

The Court expressed concern about Mr. Partida's possible illegal drug use. Mr. Partida denied he illegally uses drugs and stated he is willing to be drug tested "three times per day," if needed. His willingness to do so was communicated to the U.S. Pretrial Service Office, who asked that Mr. Partida's request to be interviewed on the subject of drug use be included herein. Sky Owens, who has known Mr. Partida well for many years, is not aware of illegal drug use by Mr. Partida. No one interviewed by Pretrial Services knew of any drug abuse.

The Pretrial Services Report mentioned two unsupported teenage arrests in 2001 and 2002. It mentioned another unsupported arrest in 2008, where "No complaint" was even filed. Mr. Partida denies he was convicted of any of said offenses.

Additionally, the Pretrial Services Report does not show any conviction for the 2012 case in Glendale, California. It stated the domestic violence charge, Count One, was "dismissed." Nor was any conviction reported on Count Two (vandalism). Mr. Partida denies he was convicted of any criminal charge. Mr. Partida stated his only criminal conviction is a misdemeanor reckless driving offense in San Bernadino, California in 2013.

The Pretrial Services Report noted Mr. Partida defaulted on a *civil traffic speeding ticket* in Lake Havasu, Arizona. Mr. Partida simply forgot the date of his civil traffic hearing. Consequently, he owes a fine. If not satisfied, said default will be reported to the Arizona Department of Motor Vehicles, who will report it to California authorities. If not paid, Mr. Partida's driver's license will be suspended pursuant to an interstate agreement. Counsel herein represented a large number of interstate truckers in civil traffic trials. None were ever present at trial. A large number of them won their trials without being present.

Mr. Partida has zero felony convictions. Mr. Partida is not charged with possession or use of a firearm, a crime of violence, a drug offense, nor a crime for which he faces a lifetime sentence. Mr. Partida is accused of making "*false statements*" and using the "*identification of another person*" concerning the purchase of firearms.

A single misdemeanor traffic offense is not the "prior criminal history" contemplated by **18 U.S.C. §3142** justifying detention.  Said misdemeanor does not support or justify a finding that Mr. Partida is a flight risk, much less a serious flight risk, nor a finding that he is a danger to the community.  A default on a civil traffic speeding ticket does not bolsters such findings.   In short, the single nine-year-old traffic offense presented by the government is not evidence that he is a flight risk, nor a danger to the community.  No pending or potential identical state charges support such findings, either.  The weight of the evidence is the least important factor to be considered.

  Finally, Mr. Partida intends to retain private counsel.  His further detention in Yuma or in Florence, Arizona, make it difficult to retain, consult, and assist defense counsel in Los Angeles, California.

  The government failed to establish sufficient facts justifying the detention of Mr. Partida.  The above facts and the attached exhibits demonstrate Mr. Partida is not a flight risk, much less, a serious flight risk, nor a danger to the community.  Wherefore, Mr. Partida requests that this Court release him to the third-party custody of attorney, Sky Owens, who will be present at any hearing in this matter.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

     Alternatively, Mr. Partida asks that he be released on bail in an amount no greater than $10,000.

     Respectfully submitted this 31st day of January 2023.

                                      JON M. SANDS
                                      Federal Public Defender

                                      *s/ Robert Bruce Stirling , II*
                                      Robert Bruce Stirling, II
                                      Assistant Federal Public Defender

Copy of the foregoing transmitted
by ECF for filing January 31, 2023, to:

CLERK'S OFFICE
United States District Court

John Ballos
Assistant U.S. Attorney

U.S. Pretrial Services

Copy mailed to:
Defendant
*L. Aguilera*
L. Aguilera

# EXHIBIT 1