To Whom It May Concern:

My name is Sky Owens. I live and work in Los Angeles, California, and have lived and worked in roughly the same neighborhood of Los Angeles for nearly fifteen years. I have worked in this community as a public interest lawyer, as community organizer, a mutual aid volunteer. I have served as committee member on the Housing and Homelessness Committee of the Echo Park Neighborhood Council. I have attached a brief overview of my education, recent career and volunteer roles to this letter.

I write this letter in support of Roberto Partida's request for release while his case is pending. I have known Mr. Partida for years. I know his friends and social circles. I have been in his home in North Hollywood many times, as he has also been to mine. I consider Mr. Partida to be a very close friend.

I have always found Mr. Partida to be honest, straightforward, and reliable in all my many interactions with him. Mr. Partida, like myself, has deep roots in the Los Angeles area. He was born and raised in Southern California. His family and friends, nearly all, remain in the same general area today. To the best of my knowledge, Mr. Partida has never so much as traveled outside the country, significantly. I do recall that he may have one time, very briefly, visited Vancouver. I'm certain that I have discussed it with Mr. Partida on occasion, and that this was the one and only time he ever, even so briefly, traveled out of the country.

**I can say with full confidence that Mr. Partida poses no significant flight risk.**

Furthermore, Mr. Partida has a strong network of support around him. He lives in his own apartment in North Hollywood, and he is in regular contact with many friends and associates who are committed to seeing the best outcome possible for Mr. Partida. We are committed to helping, encouraging and supporting Mr. Partida through this difficult time. We will work together to ensure he has adequate time, resources and transportation to make all necessary appointments and appearances.

It is my understsanding that the court had some concerns regarding Mr. Partida and potential drug abuse. I believe there must have been some miscommunication or misunderstanding at some point, as I do not know Mr. Partida to abuse drugs.

As evidence of the above, in the short time that his friends and family have had to figure out what happened to Mr. Partida, **I have confirmed that, collectively, we can pull together about $10,000 cash to post bond.** I have also received commitments from the people listed below that they would welcome the court to release Mr. Partida to them. **We are each willing and able to provide him a place to stay and the support he needs throughout this case.**

We believe it is in Mr. Partida's best interest to be released to a supportive network of family and friends. We also believe that it serves the Court interest in timely and effective processing of this case, and that granting his release is the most efficient and economical use of the government's limited resources.

Respectfully,

John Skyler Owen

| | | |
|---|---|---|
| Sky Owens, *friend* | Carmela Matthews, *sister* | Anthony Placencia, *brother* |
| 1629 Landa St. | 21661 Brookhurst St. Apt 197, | 3937 E Harold Ave |
| Los Angeles, CA | Huntington Beach, CA 92646 | Visalia, CA 93292 |
| 90026  [213-429-5229] | [949-205-9363] | [909-344-6493] |

# John Skyler Owens

## EDUCATION

**Southwestern Law School**, Los Angeles, CA – GPA: 3.4 (Top 20 percent), *Juris Doctor*
*Recipient*, Wildman/Schumacher Scholarship, 2010-2011, 2011-2012, 2012-2013
*Recipient,* Beverly Hills Bar Association Scholarship, 2012
*Recipient,* Silbert Public Interest Fellowship, 2012
*Recipient,* Witkin Award (Constitutional Criminal Procedure), 2011-2012
*Board Member*, National Lawyers Guild, 2010-2011, 2011-2012
*Chair,* National Lawyers Guild, 2012-2013

**The Hague University of Applied Sciences,** The Hague, NL
*Law Program*, International Human Rights and Humanitarian Law Studies, 2012-2013

**King's College London,** London, UK
*College of Law*, International and Comparative Media Law/Intellectual Property Law Studies, 2011-2012

**University of Southern California**, Los Angeles, CA - GPA: 3.30 *Bach. of Fine Arts*, Writing for Film/TV, 2009
*Recipient*, USC Presidential Scholarship, 2005-2009
President's and Dean's Honor Roll, 2005-2009, National Merit Scholar, 2005

## WORK EXPERIENCE

**Self-Employed** Los Angeles, CA
*Principal*, 2017 - present
Real Estate Investment, Property Development

**Law Office of Sky Owens,** Los Angeles, CA
*Principal*, 2016 – 2017
Civil Litigation, Workers' Rights Law, Tenants' Rights Law, Community Counsel, Non-Profit and Public Benefit Corporation Counsel, Civil Rights' Law.

**Law Offices of Maryann Gallagher**, Los Angeles, CA
*Associate Attorney* August 2015 – March 2016
Employment Law Litigation (Wage & Hour, FEHA, Wrongful Termination, Labor Code, Wage Orders, etc.); General Civil Litigation (Fraud, Unfair Competition, Landlord/Tenant, Personal Injury, Breach of Contract, etc.); Immigration Law Matters; Mediation; Settlement Negotiation.

**The Law Offices of Kyle Todd**, Los Angeles, CA
*Litigation Specialist*, October 2014 – August 2015
Employment Law Litigation (Wage & Hour, FEHA, Wrongful Termination, Labor Code, Wage Orders, etc.); General Civil Litigation (Fraud, Unfair Competition, Landlord/Tenant, Personal Injury, Breach of Contract, etc.); Immigration Law Matters; Mediation; Settlement Negotiation; Depo Prep; Intake; Case Assessment/Evaluation;

**MatrixLegal,** Los Angeles, CA
*J.D. Document Reviewer*, September 2014 – October 2014
eDiscovery; Reviewing for Issues of Privilege, Relevancy, Confidentiality, etc.; Heavy use of Relativity Software.

**Bet Tzedek Legal Services**, Los Angeles, CA
*Law Clerk (Extern),* January 2013 – June 2013
Employment Rights Program Clerk; Taking Full Cases; Client Contact; Intake; Employment Law Clinic; First-Chair Representation at California Unemployment Insurance Appeals Board; Drafting Court Briefs; Demand Letters; Securing Public Benefits for Clients; Legal Research; and other legal tasks.

**Disability Rights Legal Center**, Los Angeles, CA
*Law Clerk*, May 2012 – August 2012
Client Intake; Legal Research; Memo Drafting; Drafting Motions; Trial Support; Demand Letters; Client Correspondence; Handling Phones; Office/File Organization; and other legal/office tasks.

# COMMUNITY INVOLVEMENT

**East Los Angeles Community Corporation/Eastside Café**
*Pro bono legal counsel* to non-profit and community cultural center

**Echo Park Ne4ighborhood Counsel,**
*Member,* Housing and Homelessness Committee

**Los Angeles Homeless Services Authority (LAHSA)**
*Volunteer service coordinator*
*Volunteer* Point in time survey

**LA County Department of Health Services**
*Volunteer*, California Bridge Program – Increasing Medication Assisted Treatment Access

**Food Not Bombs – Los Angeles**
*Volunteer* Mediator/Conflict Resolution Consultant,
*Volunteer* technician

**Mutual Aid Action Los Angeles** Los Angeles, CA
*Volunteer Organizer*, conflict resolution and mediation leader, Homeless services coordinator, nutrition distribution program assistant

**Law Offices of Mann & Cook**, Los Angeles, CA
*Volunteer* Legal Clerk

**UCLA Labor Law Center**, Los Angeles, CA
*Volunteer* Legal Clerk

**Disability Rights California**, Los Angeles, CA
*Volunteer* Legal Clerk

**Panelist, National Lawyers Guild: National Law for the People Conference**, Chicago, IL
*Speaker*, September 2014
Presented a workshop entitled "The Struggle for Autonomy in Indigenous Communities." The workshop focused on various legal issues facing groups such as Native North Americans.

**Law Office of Cynthia Anderson-Barker,** Los Angeles, CA
**Law Office of Colleen Flynn,** Los Angeles, CA
*Volunteer Law Clerk -* Clinic organizer, researcher-writer, clerk
Represented clients at LAPD hearings; wrote reports; issued memoranda and press releases; organized free legal clinics; trial support; aided in witness preparation; conducted legal research; drafted motions to the court

**National Lawyers Guild**, Los Angeles, CA
Legal Observer & "Know Your Rights" Program Presenter - Observe demonstrations in order to protect the first amendment rights of demonstrators; participate in "Know Your Rights" presentations to political/activist groups

**General Relief Advocacy Project (Southwestern & Public Counsel)**, Los Angeles, CA
*Volunteer Advocate*
Represented people in securing welfare funds

**National Organization of Women, Pro-Choice Clinic Defense**, Omaha, NE
*Volunteer*, September 2009
Defended abortion clinics against protests and escorted patrons to safety