AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | CR-23-92-PHX |
| ROBERTO PARTIDA | ) | Case No. 23-3001 MJ |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Roberto Partida,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(a)(6) - Making material false statement in connection with purchase of firearm
18 U.S.C. § 1028A(a) and (c)(3) - Aggravated identity theft in connection with purchase of firearm

Date: 1/1/2023 @ 3:15 p.m.

_Michael T. Morrissey_
*Issuing officer's signature*

City and state: Phoenix, Arizona

MICHAEL T. MORRISSEY U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/1/2023, and the person was arrested on *(date)* 1/4/2023
at *(city and state)* Yuma, Arizona.

Date: 2/7/2023

KYLE DANDOY
Digitally signed by KYLE DANDOY
Date: 2023.02.07 10:23:22 -07'00'

*Arresting officer's signature*

Kyle Dandoy, Special Agent
*Printed name and title*