# Exhibit 2

1

2

3

4            IN THE **FIRST** PRECINCT JUSTICE COURT
                COUNTY OF YUMA, STATE OF ARIZONA
5

| | |
|---|---|
| 6 STATE OF ARIZONA, | **J1401CF2023** _000076_ |
| 7                          Plaintiff, | DIV.:_____7_____ |
| 8                              v. | **C O M P L A I N T** |
| 9 **ROBERTO LOZANO PARTIDA III,** | **(FELONY)** |
| (DOB **04/15/1983**) | |
| 10 | TRACK **I** |
| 11                          Defendant. | |

12      The complainant herein personally appears and being duly

13   sworn, complains on information and belief against **ROBERTO**

14   **LOZANO PARTIDA III,** charging that in the **FIRST** Precinct, Yuma

15   County, Arizona:

16   <u>**COUNT ONE: TAKING IDENTITY OF ANOTHER PERSON**</u>

17      That on or about the **30TH** day of **DECEMBER, 2022,** the

18   defendant **ROBERTO LOZANO PARTIDA III,** did then and there take

19

20   the identity of another person, to-wit: **ARIZONA DRIVER'S**

21   **LICENSE WITH VICTIM'S NAME AND DATE OF BIRTH WITH DEFENDANT'S**

22   **PHOTO,** by knowingly taking, purchasing, manufacturing,

23   recording, possessing or using any personal identifying

24   information of another person, including a real or fictitious

25   person, without the consent of that other person, with the

26   intent to obtain or use the other person's identity for any

27   unlawful purpose or to cause loss to a person or entity, a

28

class four felony, all in violation of A.R.S. §§ 13-2008(A),
13-2008, 13-2001, 13-701, 13-801 and 13-804.

**COUNT TWO: FORGERY**

That on or about the **30TH** day of **DECEMBER, 2022**, the
defendant, **ROBERTO LOZANO PARTIDA III**, with the intent to
defraud, did then and there falsely make, complete or alter a
written instrument, or with the intent to defraud, did then
and there knowingly possess a forged instrument, or offer or
present, whether accepted or not, a forged instrument or one
which contained false information, to-wit: **ARIZONA DRIVER'S
LICENSE WITH VICTIM'S NAME AND DATE OF BIRTH WITH DEFENDANT'S
PHOTO.** The victims of this Forgery are **JAMES CHRISTOPHER KOHL
AND CAL RANCH 529 W. 32ND STREET, YUMA, AZ**, a class four
felony, in violation of A.R.S. §§13-2002(A)(1), 13-2002(A)(2),
13-2002(A)(3), 13-2002, 13-2001, 13-701, 13-804 and 13-801.

**COUNT THREE: TAKING IDENTITY OF ANOTHER PERSON**

That on or about the **30TH** day of **DECEMBER, 2022**, the
defendant **ROBERTO LOZANO PARTIDA III**, did then and there take
the identity of another person, to-wit: **JAMES CHRISTOPHER
KOHL,** by knowingly taking, purchasing, manufacturing,
recording, possessing or using any personal identifying
information of another person, including a real or fictitious
person, without the consent of that other person, with the
intent to obtain or use the other person's identity for any
unlawful purpose or to cause loss to a person or entity, a

class four felony, all in violation of A.R.S. §§ 13-2008(A),
13-2008, 13-2001, 13-701, 13-804 and 13-801.

**COUNT FOUR: FORGERY**

That on or about the **30TH** day of **DECEMBER, 2022**, the
defendant, **ROBERTO LOZANO PARTIDA III**, with the intent to
defraud, did then and there falsely make, complete or alter a
written instrument, or with the intent to defraud, did then
and there knowingly possess a forged instrument, or offer or
present, whether accepted or not, a forged instrument or one
which contained false information, to-wit: **ARIZONA DRIVER'S**
**LICENSE WITH VICTIM'S NAME AND DATE OF BIRTH WITH DEFENDANT'S**
**PHOTO.** The victims of this Forgery are **JAMES CHRISTOPHER KOHL**
**AND SPRAGUE'S SPORTS 345 W. 32ND STREET, YUMA, AZ**, a class four
felony, in violation of A.R.S. §§13-2002(A)(1), 13-2002(A)(2),
13-2002(A)(3), 13-2002, 13-2001, 13-701, 13-804 and 13-801.

**COUNT FIVE: TAKING IDENTITY OF ANOTHER PERSON**

That on or about the **30TH** day of **DECEMBER, 2022**, the
defendant **ROBERTO LOZANO PARTIDA III**, did then and there take
the identity of another person, to-wit: **JAMES CHRISTOPHER**
**KOHL,** by knowingly taking, purchasing, manufacturing,
recording, possessing or using any personal identifying
information of another person, including a real or fictitious
person, without the consent of that other person, with the
intent to obtain or use the other person's identity for any
unlawful purpose or to cause loss to a person or entity, a

class four felony, all in violation of A.R.S. §§ 13-2008(A),

13-2008, 13-2001, 13-701, 13-804 and 13-801.

**COUNT SIX: FORGERY**

That on or about the **30TH** day of **DECEMBER, 2022**, the

defendant, **ROBERTO LOZANO PARTIDA III**, with the intent to

defraud, did then and there falsely make, complete or alter a

written instrument, or with the intent to defraud, did then

and there knowingly possess a forged instrument, or offer or

present, whether accepted or not, a forged instrument or one

which contained false information, to-wit: **ARIZONA DRIVER'S**

**LICENSE WITH VICTIM'S NAME AND DATE OF BIRTH WITH DEFENDANT'S**

**PHOTO.** The victims of this Forgery are **JAMES CHRISTOPHER KOHL**

**AND SPORTMAN'S WAREHOUSE 1038 S. CASTLE DOME AVENUE, YUMA, AZ,**

a class four felony, in violation of A.R.S. §§13-2002(A)(1),

13-2002(A)(2), 13-2002(A)(3), 13-2002, 13-2001, 13-701, 13-804

and 13-801.

**COUNT SEVEN: TAKING IDENTITY OF ANOTHER PERSON OR ENTITY**

That on or about the **31ST** day of **DECEMBER, 2022**, the

defendant **ROBERTO LOZANO PARTIDA III**, did then and there take

the identity of another person, to-wit: **JAMES CHRISTOPHER**

**KOHL,** by knowingly taking, purchasing, manufacturing,

recording, possessing or using any personal identifying

information of another person, including a real or fictitious

person or entity, without the consent of that other person,

with the intent to obtain or use the other person's identity

for any unlawful purpose or to cause loss to a person or entity, a class four felony, all in violation of A.R.S. §§ 13-2008(A), 13-2008, 13-2001, 13-701, 13-804 and 13-801.

**COUNT EIGHT: FORGERY**

That on or about the **31ST** day of **DECEMBER, 2022**, the defendant, **ROBERTO LOZANO PARTIDA III**, with the intent to defraud, did then and there falsely make, complete or alter a written instrument, or with the intent to defraud, did then and there knowingly possess a forged instrument, or offer or present, whether accepted or not, a forged instrument or one which contained false information, to-wit: **ARIZONA DRIVER'S LICENSE WITH VICTIM'S NAME AND DATE OF BIRTH WITH DEFENDANT'S PHOTO**. The victims of this Forgery are **JAMES CHRISTOPHER KOHL AND CAL RANCH 529 W. 32ND STREET, YUMA, AZ**, a class four felony, in violation of A.R.S. §§13-2002(A)(1), 13-2002(A)(2), 13-2002(A)(3), 13-2002, 13-2001, 13-701, 13-804 and 13-801.

All of which is contrary to the form, force, and effect of the statute in such cases made and provided, and against the peace and dignity of the State of Arizona.

_____ #6870
Officer's Signature

Subscribed and sworn to before me this **26TH** of **JANUARY**, 20**23**.

_____
Justice of the Peace of said Precinct

```
1  MEW/PB
   Recommended Bond: WARRANT ISSUED
2  AGENCY: YPD
   AGENT: DET. JOSHUA PETERSON #8557
3  DR# 2022-00072203
   CO-DEFENDANTS: NONE
4
```