# Exhibit 3

Arizona DRIVER LICENSE USA
California DRIVER LICENSE
Arizona DRIVER LICENSE
Texas DRIVER LICENSE
Arizona DRIVER LICENSE USA
Arizona DRIVER LICENSE USA
Texas DRIVER LICENSE
NEVADA DRIVER LICENSE

