JON SANDS
Federal Public Defender
District of Arizona
2285 S. 4th Avenue, Suite 2E
Yuma, Arizona  85365
Telephone: 928-314-1780

Robert Bruce Stirling , II
Bar No. 006037
Assistant Federal Public Defender
Attorney for Defendant
Bruce_stirling@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Roberto Lozano Partida, III,<br><br>　　　　　Defendant, | No. CR-23-00092-PHX-DLR<br><br>**MOTION TO CONTINUE TRIAL and MOTION TO EXTEND PRETRIAL MOTION DEADLINE**<br><br>**(First Request)** |

  Defendant, Roberto Lozano Partida, III, through undersigned counsel, respectfully requests that this Court extend the time for filing of pretrial motions for a period of at least sixty (60) days from the current date of February 21, 2023.  In addition, defendant requests that the Court continue the trial date for a period of at least sixty (60) days from the current date of March 7, 2021.

  Additional time is needed to review the discovery, investigate the case, engage in plea negotiations, prepare for trial, and render the effective assistance of counsel to the defendant.

  Mr. Partida also asks that any subpoenas previously issued and served in this

matter remain in effect, and that the party who served the subpoena should advise the witnesses of the new trial date.

Defense counsel contacted Assistant United States Attorney, Gayle L. Helart, regarding this requested continuance and she does not object to this motion.

Excludable delay under 18 U.S.C. §3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

RESPECTFULLY SUBMITTED this 10th February 2023.

JON M. SANDS
Federal Public Defender

 *s/Robert Bruce Stirling, II*
ROBERT BRUCE STIRLING, II
Asst. Federal Public Defender

Copy of the foregoing transmitted
by ECF for filing February 10, 2023, to:

CLERK'S OFFICE
United States District Court

Gayle Le Helart
Assistant United States Attorney

Copy Mailed to:

Defendant

*L. Aguilera*
L. Aguilera