# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Roberto Lozano Partida, III,<br><br>　　　　　Defendant. | No. CR-23-00092-PHX-DLR<br><br>**ORDER** |

This Court has read and considered defendant's Motion to Reconsider Conditions of Release (Doc. 13) and government's Response to Motion to Reconsider Conditions of Release (Doc. 17).

A detention hearing may be reopened based on information "that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f)(2). The Court has considered the motion and determined that, at present, there are no new circumstances warranting reconsideration of the detention order. Therefore,

**IT IS ORDERED** that the defendant's Motion to Reconsider Conditions of Release (Doc 13) is **denied**.

Dated this 15th day of February, 2022.

Honorable James F. Metcalf
United States Magistrate Judge